## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-60228 -JBS | | Trustee Name: | Robert B. Katz | | Page: 1 |
|---|---|---|---|---|---|---|
| Case Name: | RUFF, RICHARD P JR. | | Bank Name: | BANK OF AMERICA | | |
| Taxpayer ID No: | *******8355 | | Account Number / CD #: | *******3071 Money Market Account (Interest Earn | | |
| For Period Ending: | 05/17/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/01/06 | 1 | Chicago Title & Trust Company<br>85 W. Algonquin Rd.<br>Suite 400<br>Arlington Heights, IL 60005 | Sale of 5037 N. St. Louis, Chicago. | 1210-000 | 194,109.88 | | 194,109.88 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:      400,000.00<br>Sale of 5037 N. St. Louis, Chicago. | 3510-000 | | | |
| | | COLDWELL BANKER | Memo Amount:  (    5,100.00 )<br>LISTING BROKER COMMISSION | 3510-000 | | | |
| | | KELLER WILLIAMS | Memo Amount:  (    9,900.00 )<br>SELLING BROKER COMMISSION | 2500-000 | | | |
| | | BOWMAN, HEINZ, BOSCIA & VICIAN, PC | Memo Amount:  (    4,108.15 )<br>PAYOFF FORD MOTOR CREDIT | 2500-000 | | | |
| | | CHICAGO LAND AGENCY SERVICES | Memo Amount:  (      190.00 )<br>WATER AND ZONING CERTD FEE | 2500-000 | | | |
| | | RESURGENCE FINANCIAL, LLC | Memo Amount:  (   16,927.43 )<br>PAYOFF | 2500-000 | | | |
| | | BLITT & GAINES PC | Memo Amount:  (   14,137.51 )<br>PAYOFF MIDWEST BANK | 2500-000 | | | |
| | | JENS K DOE | Memo Amount:  (      325.00 )<br>SURVEY | 8500-000 | | | |
| | | WASHINGTON MUTUAL | Memo Amount:  (  144,624.00 )<br>PAYOFF FIRST MORTGAGE | 8500-000 | | | |
| | | MICHAEL YASHAR | Memo Amount:  (    1,280.69 )<br>REIMBURSE WATER BILL | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:  (    1,280.00 )<br>TITLE INSURANCE | 2500-000 | | | |
| | | | Memo Amount:  (       80.00 )<br>OVERNIGHT DELIVERY & SERV FEE | 2500-000 | | | |
| | | | Memo Amount:  (       36.00 ) | | | | |
| | | | | Page Subtotals | 194,109.88 | 0.00 | |

LFORM24                                                                                                                                     Ver: 12.10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 05-60228 -JBS | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- |
| Case Name: | RUFF, RICHARD P JR. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******8355 | Account Number / CD #: | *******3071 Money Market Account (Interest Earn |
| For Period Ending: | 05/17/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | RECORDING FEES | | | | |
| | | | Memo Amount: ( 200.00 ) | 2500-000 | | | |
| | | | CITY/COUNTY TAX/ STAMPS | | | | |
| | | | Memo Amount: ( 400.00 ) | 2500-000 | | | |
| | | | STATE TAX/STAMPS | | | | |
| | | | Memo Amount: ( 36.00 ) | 2500-000 | | | |
| | | | CERTIFICATE OF RELEASE FEE | | | | |
| | | | Memo Amount: ( 75.00 ) | 2500-000 | | | |
| | | | COMMITMENT UPDATE FEE | | | | |
| | | | Memo Amount: ( 5,000.00 ) | 2500-000 | | | |
| | | | EARNEST MONEY | | | | |
| | | | Memo Amount: ( 2,148.34 ) | 2500-000 | | | |
| | | | COUNTY TAXES | | | | |
| | | | Memo Amount: ( 42.00 ) | 2500-000 | | | |
| | | | POWER OF ATTORNEY RECORDING FEE | | | | |
| * 09/18/06 | 000101 | Rosalyn Ruff c/o Mr. Louis I. Lang 4528 W. Oakton Street Skokie, IL 60676 | Per court order 8/8/06 | 1210-003 | | 97,054.94 | 97,054.94 |
| * 09/18/06 | 000101 | Rosalyn Ruff c/o Mr. Louis I. Lang 4528 W. Oakton Street Skokie, IL 60676 | Per court order 8/8/06 | 1210-003 | | -97,054.94 | 194,109.88 |
| 09/18/06 | 000102 | Rosalyn Ruff c/o Mr. Louis I. Lang 4528 W. Oakton Street Skokie, IL 60076 | Per court order 8/8/06 | 1110-000 | | 97,054.94 | 97,054.94 |
| 09/29/06 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 114.01 | | 97,168.95 |
| 10/31/06 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 82.54 | | 97,251.49 |
| | | | Page Subtotals | | 196.55 | 97,054.94 | |

Ver: 12.10

LFORM24

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-60228 -JBS
Case Name: RUFF, RICHARD P JR.
Taxpayer ID No: ********8355
For Period Ending: 05/17/07

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: ******3071  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/06 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 79.93 | | 97,331.42 |
| 12/29/06 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 82.66 | | 97,414.08 |
| 01/31/07 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 82.74 | | 97,496.82 |
| 02/05/07 | 000103 | International Sureties. LTD Suite 500 203 Carondelet St. New Orleans. LA 70130 | 016026455 | 2300-000 | | 106.71 | 97,390.11 |
| 02/28/07 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 74.73 | | 97,464.84 |
| 03/30/07 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 82.78 | | 97,547.62 |
| 04/30/07 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 80.18 | | 97,627.80 |

Memo Allocation Receipts: 400,000.00
Memo Allocation Disbursements: 205,890.12
Memo Allocation Net: 194,109.88

Total Allocation Receipts: 400,000.00
Total Allocation Disbursements: 205,890.12
Total Memo Allocation Net: 194,109.88

COLUMN TOTALS                                    194,789.45      97,161.65
       Less:  Bank Transfers/CD's                      0.00           0.00
Subtotal                                         194,789.45      97,161.65
       Less:  Payments to Debtors                                     0.00
Net                                              194,789.45      97,161.65

TOTAL - ALL ACCOUNTS                     NET DEPOSITS        NET DISBURSEMENTS      ACCOUNT BALANCE
Money Market Account (Interest Earn - ********3071)   194,789.45      97,161.65      97,627.80

                                         (Excludes Account    (Excludes Payments    Total Funds
                                            Transfers)          To Debtors)         On Hand
                                                                                    97,627.80

Page Subtotals                              483.02          106.71

Ver: 12.10

LFORM24