IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| RUFF, RICHARD P JR. | ) | CASE NO. 05-60228-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
   219 SOUTH DEARBORN STREET
   COURTROOM 682
   CHICAGO, IL 60604

   On: **June 28, 2007**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $400,679.57 |
   | Disbursements | $303,051.77 |
   | Net Cash Available for Distribution | $97,627.80 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Robert B. Katz<br>Trustee | $0.00 | $23,275.83 | $11.60 |
| DIMONTE & LIZAK, LLC<br>Attorney for Trustee | $0.00 | $33,805.50 | $304.03 |

| | | | |
|---|---|---|---|
| POPOWCER KATTEN, LTD<br>Accountant for Trustee | $0.00 | $1,400.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,326.35 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000007 | JAN RUFF | $16,326.35 | $16,326.35 |

8. Claims of general unsecured creditors totaling $41,602.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 53.70% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | American Express | $39,762.81 | $21,501.79 |
| 000005 | Superior Air Ground Ambulance | $449.72 | $243.19 |
| 000006 | Atlantic Credit And Finance Incorpo | $1,389.48 | $751.36 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor (has or has not) been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

<u>Name of Property</u>                                                                                          <u>Scheduled Value</u>

    NONE

Dated: **May 31, 2007**                                                For the Court,

                         By:   **KENNETH S GARDNER**
                               Kenneth S. Gardner
                               Clerk of the U.S. Bankruptcy Court
                               219 S. Dearborn Street; 7th Floor
                               Chicago, IL 60604

Trustee:        Robert B. Katz
Address:       223 West Jackson Boulevard
               Suite 1010
               Chicago, IL  60606
Phone No.:    (312) 705-1400

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2            Date Rcvd: May 31, 2007
Case: 05-60228                Form ID: pdf002             Total Served: 42

The following entities were served by first class mail on Jun 02, 2007.
db           +Richard P Ruff, Jr,    5037 N. St. Louis,    Chicago, Il 60625-5528
aty          +Christopher H Purcell,    Sherman & Sherman,    120 S LaSalle St,    Suite 1460,
               Chicago, IL 60603-3575
aty          +DiMonte & Lizak, LLC,    216 Higgins Rd,    Park Ridge, IL 60068-5706
aty          +Dimonte & Lizak,   Dimonte & Lizak,    216 W Higgins Road,    Park Ridge, IL 60068-5706
aty          +Ira P Goldberg,   DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty          +Michael A. Yashar,    Cardenas & Yashar PC,    829 North Milwaukee Avenue,    Chicago, IL 60622-4104
aty          +Michael J Halpin,    Pierce & Associates,    One North Dearborn,    Chicago, IL 60602-4373
tr           +Robert B Katz, ESQ,    The Law Offices Of Robert B Katz,    223 West Jackson Blvd Ste 1010,
               Chicago, IL 60606-6916
acc          +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2314
cr          ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
               (address filed with court: World Savings,    c/o Ralph Gaona,    PO Box 659558,
               San Antonio, TX 78265-9558)
cr           +Washinton Mutual Bank,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
10352998      Allied Interstate,    P O Box 36114,    Columbus, OH 43236
10352999      American Express,    Centurion Bank,    c/o Becket & Lee LLP,    POB 3001,    Malvern, PA 19355-0701
10353000     +Armor Systems,    2322 N. Greenbay Rd.,    Waukegan, IL 60087-4209
10353001     +Arrow Ser,    5996 West Touhy Ave SMI 0000013221,    Niles, IL 60714-4610
10353002     +Atlantic Credit And Finance Incorporated,    P O Box 13386,    Roanoke, VA 24033-3386
10353003     +Blockbuster-17336,    5240 N. Pulaski,    Chicago, IL 60630-1750
10353004     +Bowman, Heintz, Boscia And Vician,    8605 Broadway,    Merriville, IN 46410-5598
10353005      Caine & Weiner,    P O Box 8500,    Van Nuys, CA 91409-8500
10352997     +Cardenas & Yashar PC,    829 N Milwaukee Avenue,    Chicago, IL 60622-4104
10353006     +Chaet Kaplin Firm,    5215 Old Orchard Road, Suite 300,    Skokie, IL 60077-1020
10353007      Chase,    P O Box 15298,    Wilmington, DE 19850-5298
10353008     +Credit Protection Association, L.P,    13355 Noel Rd.,,    Dallas, TX 75240-6602
10353009     +Dependon Col,    7627 W. Lake St 210,    River Forest, IL 60305-1878
10353010     +First USA Bank,    900 N. Market St.,    Wilmington, DE 19801-3012
10353011     +Ford Motor Credit,    12110 Emmet,    Omaha, NE 68164-4263
10668244     +Ford Motor Credit Company,    c/o Bowman, Heintz, Boscia & Vician, P.C,    8605 Broadway,
               Merrillville, IN 46410-7033
10353013     +Harvard Collection Services, INC,    4839 N. Elston,    Chicago, IL 60630-2589
10353014      ICS Collection Services,    P O Box 646,    Oak Lawn, IL 60454-0646
10353015     +Jan Ruff,    c/o Burns & Wincek Ltd,    53 W Jackson Ste 909,    Chicago, IL 60604-3837
11133427     +Janet Ruff,    5752 Kerbs,    Chicago, IL 60646-6619
10353016     +Kaplan & Chaet LLC,    5215 Old Orchard Road, Suite 300,    Skokie, IL 60077-1020
10353017     +M.R.S.Associates, Inc.,    3 Executive Campus, Suite 400,    Cherry Hill, NJ 08002-4114
10607606     +Pierce & Associates,    1 North Dearborn Suite 1300,    Chicago, IL 60602-4331
10353018     +Resurgence Financial, LLC,,    4100 Commercial Ave,    Northbrook, IL 60062-1833
10352996     +Ruff Richard P Jr,    5037 N St Louis,    Chicago, IL 60625-5528
10353012     +Superior Air Ground Ambulance,    c/o Friedman & Wexler, L.L.C.,    500 W. Madison St. Suite 2910,
               Chicago, IL 60661-4571
10353019     +Thorek Hospital & Medical Center,    850 West Irving Park Rd,    Chicago, IL 60613-3099
10664766    ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
               (address filed with court: World Savings,    POB 659558,    Attn: Bankruptcy Department,
               San Antonio, TX 78265-9558)
10607605      Washington Mutual,    POB 9001091,    Louisville, KY 40290-1091
10353020     +Wexler Wexler,    500 W Madison St Suite 2910,    Chicago, IL 60661-2587
10353021     +World Savings Loan,    3348 Lakeshore Ave,    Oakland, CA 94610-2383

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r             Coldwell Banker
acc           Lois West,   Popowcer Katten, LTD
r             Matthew L Shrake
10607604*    +Ford Motor Credit,    12110 Emmet,    Omaha, NE 68164-4263
10607607*    +World Savings Loan,    3348 Lakeshore Ave,    Oakland, CA 94610-2383
                                                                                                TOTALS: 3, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: May 31, 2007
Case: 05-60228                Form ID: pdf002          Total Served: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2007**                    **Signature:**    _/s/ Joseph Speetjens_