IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| RUFF, RICHARD P JR. | ) | CASE NO. 05-60228-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

DISTRIBUTION REPORT

I, Robert B. Katz, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I making the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $0.00 |
| Chapter 7 Administrative Expenses: | $58,796.96 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $16,326.35 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $22,659.69 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $97,783.00 |

**EXHIBIT D**

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $0.00 | 0.00% |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $58,796.96 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Robert B. Katz<br>Trustee Compensation | $23,275.83 | $23,275.83 |
| | Robert B. Katz<br>Trustee Expenses | $11.60 | $11.60 |
| | Dimonte & Lizak, Llc<br>Attorney for Trustee Fees | $33,805.50 | $33,805.50 |
| | Dimonte & Lizak, Llc<br>Attorney for Trustee Expenses | $304.03 | $304.03 |
| | Popowcer Katten, Ltd<br>Accountant for Trustee Fees | $1,400.00 | $1,400.00 |
| | CLASS TOTALS | $58,796.96 | $58,796.96 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00. | $0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employment Funds. | $0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony Maintenance and Support | $16,326.35 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000007 | Jan Ruff<br>Alimony & Child Support-- 507 | $16,326.35 | $16,326.35 |
| | CLASS TOTALS | $16,326.35 | $16,326.35 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Tax Liens | $0.00 | 0.00% |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims, excluding fines and penalties | $0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full.) | $41,602.01 | 54.47% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | American Express<br>General Unsecured 726 | $39,762.81 | $21,657.92 |
| 000006 | Atlantic Credit And Finance Incorpo<br>General Unsecured 726 | $1,389.48 | $756.82 |
| 000005 | Superior Air Ground Ambulance | $449.72 | $244.95 |

General Unsecured 726

|  | CLASS TOTALS | $41,602.01 | $22,659.69 |
|---|---|---|---|
| 14. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| 15. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(4) - Fines/ penalties | | $0.00 | 0.00% |
| 16. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000002 | World Savings<br>POB 659558<br>Attn: Bankruptcy Department<br>San Antonio, TX 78265-9558 | 50,447.09 | WITHDRAWN |
| S | 000003 | World Savings<br>POB 659558<br>Attn: Bankruptcy Department<br>San Antonio, TX 78265-9558 | 113,582.48 | WITHDRAWN |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____June 28, 2007_____          ____/s/ Robert B. Katz_____